UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIAH BRAKEN,                                                        Civil No.  11-684 JNE/AJB

      Petitioner,

      v.                                                                          O R D E R

N.E. ENGLISH,

      Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 30, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is summarily DISMISSED for lack of jurisdiction.

DATED:  April 18, 2011.

                                                  s/  Joan N. Ericksen
                                                  Judge Joan N. Ericksen
                                                  U. S. District Court